# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| **GARY GEISERT,** | ) Case No. 1:16-cv-00391-JLK |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION TO** |
| | ) **DISMISS WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **MEDICREDIT, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 26th day of April, 2016

By: *s/Todd M. Friedman, Esq.*
TODD M. FRIEDMAN
Attorney for Plaintiff

By: *s/Jamie N. Cotter, Esq.*
JAMIE N. COTTER
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2016, the foregoing document was filed electronically with the United States District Court for the District of Colorado, which will generate a notice of such filing to all counsel of record.

                                                          s/ Todd M. Friedman
                                                          Attorney for Plaintiff