# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Case No. 1:16-cv-00391-JLK

**GARY GEISERT,**

   Plaintiff,

  vs.

**MEDICREDIT, INC.,**

   Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court on the Joint Stipulation to Dismiss with Prejudice (Doc. 6). The Court being fully advised, ORDERS that pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice, each party to bear his or its own attorney fees and costs.

Dated this 26th day of April, 2016.

_____
John L. Kane
Senior U.S. District Court Judge